No. 273.   AMERICAN-HAWAIIAN STEAMSHIP Co. v. UNITED STATES; and

No. 361.   UNITED STATES v. AMERICAN-HAWAIIAN STEAMSHIP Co.   Court of Claims.   Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of these applications.   *Clement C. Rinehart* for the American-Hawaiian Steamship Co.   *Solicitor General Sobeloff, Assistant Attorney General Burger, Paul A. Sweeney* and *Herman Marcuse* for the United States.

*Gray Thoron* was with them in No. 361. Reported below: 129 Ct. Cl. 365, 124 F. Supp. 378.